FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
                        DEP/CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PATRICK L. SHERMAN**                                              **PETITIONER**
**ADC #096304**

v.                                **No. 3:26-cv-156-DPM**

**ROB RATTON, Judge, Jackson**
**County Circuit Court**                                          **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 2*, adopted as modified.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Sherman has now filed a motion to proceed *in forma pauperis*.  That motion, *Doc. 5*, is denied for the reasons stated in the recommendation.  The Court will dismiss Sherman's petition for a writ of *mandamus*, *Doc. 1*, without prejudice because he is a three-striker and not in imminent danger.  His motion for leave to amend, *Doc. 3*, is denied as futile.  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026