FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATRICK L. SHERMAN                                      PETITIONER
ADC #096304

v.                          No. 3:26-cv-156-DPM

ROB RATTON, Judge, Jackson
County Circuit Court                                   RESPONDENT

## JUDGMENT

Sherman's petition, *Doc. 1*, for issuance of a writ of *mandamus* is denied.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026